# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

158132

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JONTELE SWANSON-DEVILL GOODWIN,
    Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158132
COA: 338266
Monroe CC: 16-243088-FC

      On order of the Court, the application for leave to appeal the June 19, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



Clerk

t0520